**FILED**
2017 JUN 30  AM 11:02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | ED17-0322M |
| v. | CR91-1034RJB |
| Michael James Riconosciuto | **AFFIDAVIT RE** |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: _Dara Kaleel, Deputy Clerk_
in the ___western___ District of _Washington at Tacoma_ on _06/29/2017_
at __0900__ ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title ___18___ U.S.C., Section(s) __3583__
to wit: _____

A warrant for defendant's arrest was issued by: _Dara Kaleel, Deputy Clerk_

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __6/30/2017__, by
_____, Deputy Clerk.

_____        Miguel A. Barajas
Signature of Agent              Print Name of Agent

U.S. Marshal Service            Deputy
Agency                          Title

CR-52 (05/98)                   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT