# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 5:17-MJ-00322 |
| Michael James Riconosciuto, DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Wednesday, July 5_, _2017_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Sheri Pym, United States Magistrate Judge_, in Courtroom _4, 3rd Floor_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _June 30, 2017_

_____
U.S. District Judge/Magistrate Judge