

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   Case No.: *ED17-322M*
          Plaintiff,   )
          v.   )   ORDER OF DETENTION PENDING
             )   FURTHER REVOCATION
*Michael James Riscorsouth*   )   PROCEEDINGS
          Defendant.   )   (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1))

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the *Western* District of *Washington* for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the ~~Pretrial~~ *initial* Services Report and Recommendation

    (X) information in the violation ~~petition and report(s)~~ *warrant + minute order*

    (X) the defendant's nonobjection to detention at this time

    ( ) other: _____

1

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
- (X) information in the ~~initial~~ Pretrial Services Report and Recommendation
- (X) information in the violation ~~petition and report~~(s) warrant and minute order
- (X) the defendant's nonobjection to detention at this time
- ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 5, 2017

SHERI PYM
United States Magistrate Judge