P-Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Michael James Risponsauto DEFENDANT. | ED17mj-322 ABSTRACT OF COURT PROCEEDING |

**TO:** UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

You are hereby notified that the Honorable ___Kim___,
☐ United States District Judge ☒ United States Magistrate Judge, has this date ☒ ordered ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ ___ social ☐ ___ legal telephone call(s) at prisoner's own expense;
   ☐ forthwith          ☐ as soon as possible          ☐ as requested, at suitable times

☐ Allowed social visits      ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____
☒ Provided with a medical examination and/or medical treatment for __BPap Machine__
A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Other _____

Dated: __7-5-17__

CLERK U.S. DISTRICT COURT
By: __Carter__
Deputy Clerk

**RETURN TO CLERK'S OFFICE**

☐ Western Division-Los Angeles    ☐ Southern Division-Santa Ana    ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

| Name (Print) | Title | Signature |
|---|---|---|

cc: ☒ MDC, ☒ Cell block

CR-53 (12/03)                ABSTRACT OF COURT PROCEEDING
                                                             ★ U.S. GPO: 2004-685-310